1  J. Kevin Snyder, SBN: 107509
   Email: ksnyder@dykema.com
2  Naomi A. Carry, SBN: 182887
   Email: ncarry@dykema.com
3  **DYKEMA GOSSETT LLP**
   333 South Grand Avenue
4  Suite 2100
   Los Angeles, California 90071
5  Telephone:    (213) 457-1800
   Facsimile:    (213) 457-1850
6
7  Attorneys for Plaintiff
   THOMAS de ARTH

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    OAKLAND DIVISION

11

12 THOMAS de ARTH, an individual,            Case No. C07-01269 PJH

13            Plaintiff,                     **NOTICE OF DISMISSAL OF ACTION**
                                              AND ORDER
14      vs.                                  [Fed. R. Civ. P. 41(a)(1)]

15 ENVIRONMENTAL FORENSIC
   INVESTIGATIONS, INC., an Indiana
16 corporation; STEPHEN R. HENSHAW, an
   individual,
17
              Defendants.
18
   TO THE COURT, TO ALL PARTIES AND THEIR ATTORNEYS:
19
       Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff, Thomas de Arth, hereby
20
   dismisses the above-captioned action.
21

22 Date: April 12, 2007                      DYKEMA GOSSETT, LLP
                                              J. Kevin Snyder
23    4/13/07                                 Naomi A. Carry

24                                            

25                  IT IS SO ORDERED
                                              By: _____
26                  Judge Phyllis J. Hamilton    Naomi A. Carry
                                              Attorneys for Plaintiff THOMAS de ARTH
27
   PAS01\52297.1
28 ID\NAC

NOTICE OF DISMISSAL OF ACTION

# PROOF OF SERVICE

STATE OF CALIFORNIA       )
                          ) ss.
COUNTY OF LOS ANGELES     )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 333 S. Grand Ave., 21st Fl., Los Angeles, CA 90071.

On April 12, 2007, I served the foregoing document described as **NOTICE OF DISMISSAL OF ACTION** on all interested parties in this action

☐ by placing true copies thereof in sealed envelopes addressed as stated on the attached mailing list.
☒ by placing ☐ the original ☒ a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Stephen R. Henshaw | Environmental Forensic Investigations, Inc. |
| 4340 N. Washington Blvd. | 4234 Hacienda Dr., #A-250 |
| Indianapolis, IN 46205 | Pleasanton, CA 94588 |

☒ **BY MAIL** I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing on affidavit.

☐ **PERSONAL SERVICE** I delivered such envelope(s) by hand to the offices of the addressee(s).

☐ **OVERNIGHT COURIER** I am readily familiar with the firm's practice of collection and processing correspondence for overnight courier. On the same day that correspondence is placed for collection and delivery, it is deposited in the ordinary course of business in a sealed envelope to the addressee(s), fully prepaid, and deposited at an office or a regularly utilized drop box of the overnight delivery carrier.

☐ **FACSIMILE** I caused the above referenced document to be transmitted by facsimile transmission from facsimile number (213) 457-1850 to the offices of the addressee(s) at the facsimile number(s) so indicated above. The transmission was reported as complete and without error. A copy of the transmission report issued by the transmitting facsimile machine is attached.

☐ **E-MAIL** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the person(s) at the e-mail address(es) indicated above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ (State) I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

☒ (Federal) I declare that I employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 12, 2007, at Los Angeles, California.

Deborah Smith                          /s/ Deborah Smith
Print or Type Name                     Signature

PAS01\52445.1
ID\NAC

PROOF OF SERVICE